**FILED**

SEP 1 6 2004

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kevin Dunbar, | ) | C/A No.: **3:04-2519-17** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT AMENDED** |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| Foot Locker Retail, Inc., | ) | |
| | ) | Judge Joseph F. Anderson, Jr. |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) was held **August 27, 2004**.[1]

2. Rule 26(a)(1) Initial Disclosures: No later than **September 20, 2004**, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3. Rule 26(f) Report: No later than **September 13, 2004**, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.[2]

4. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **October 29, 2004**.

5. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:[3]

    Plaintiff:    **December 15, 2004**
    Defendant:  **January 31, 2005**

6. Discovery: Discovery shall be completed no later than **March 15, 2005**. All discovery requests shall be served in time for the responses thereto to be served by this deadline.

7. Dispositive Motions: All dispositive motions shall be filed on or before **March 29, 2005**.

8. Trial: This case will go to trial during the term of court beginning **September 5, 2005**.[4] Note: this is not a "subject to being called on or after" date. This is a firm trial date.

1502322v1

September 16, 2004  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

1. Plaintiff's counsel shall initiate the scheduling of the Rule 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances. At conference, the parties shall confer concerning all matters set forth in Rule 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary. *See* attached form — RULE 26(F) REPORT. The parties shall also consider whether they wish to consent to trial before a United States Magistrate Judge (form available on web site).

2. Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report. *See also* Local Civil Rule 26.02 (rules for answering court interrogatories).

3. *See* Fed. R. Civ. P. 26(a)(2) and (a)(2)(B). Note that while Fed. R. Civ. P. 26(a)(2) does not require filing any portion of the written report or disclosure, Judge Anderson requires filing of a document which identifies the expert and certifies compliance with this rule.

4. It will be noted that the court has exempted this case from the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3). The court will, however, expect strict compliance with Local Rule 26.07 (regarding the obligation to meet, mark, and exchange exhibits) and Local Rule 26.05 (regarding pretrial briefs).

2

1502322v1

WE AGREE AND CONSENT:

Plaintiff(s)

*for* Nekki Shutt, Esquire
U.S. District Crt. I.D. #6530
Callison, Tighe & Robinson, LLC
Post Office Box 1390
Columbia, SC 29202-1390
Tel.: (803) 256-2371; Fax: (803) 256-6431

Ernest W. Cromartie, III, Esquire
Cromartie Law Firm, LLP
1607 Harden Street
Columbia, SC 29204
Tel: (803) 256-3462

Gregory R. Nevins, Esquire
Lambda Legal Defense and
 Education Fund, Inc.
1447 Peachtree Street, NE, Ste. 1004
Atlanta, GA 30309-3027
Tel.: (404) 897-1880

ATTORNEYS FOR PLAINTIFF

Defendant(s)

Derwin T. Brannon, Esquire
U.S. District Crt. I.D. #7323
Anthony W. Livoti, Esquire, #6952
Murphy & Grantland, P.A.
Post Office Box 6648
Columbia, SC 29260
Tel.: (803) 782-4100; Fax: (803) 782-4140

Eric W. Smith, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Tel.: (816) 474-6550
ATTORNEYS FOR DEFENDANT