IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER: 3:04-2519-17

| | |
|---|---|
| **Kevin Dunbar,**<br><br>                                         Plaintiff,<br>vs.<br><br>**Foot Locker Retail, Inc.,**<br><br>                                         Defendant. | **STIPULATION OF DISMISSAL** |

The above-captioned matter, having been settled by the parties, the undersigned, as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed **with prejudice** and forever ended.

This the 17th day of February, 2005.

Plaintiff(s)                                                                    Defendant(s)
_____                              _____
Nekki Shutt, Esquire                                                  Anthony W. Livoti, Esquire, #6952
U.S. District Crt. I.D. #6530                                      Murphy & Grantland, P.A.
Callison, Tighe & Robinson, LLC                             Post Office Box 6648
Post Office Box 1390                                                 Columbia, SC 29260
Columbia, SC 29202-1390                                        Tel: (803) 782-4100; Fax: (803) 782-4140
Tel.: (803) 256-2371; Fax: (803) 256-6431

Ernest W. Cromartie, III, Esquire                            Eric W. Smith, Esquire – MO Bar #47108
Cromartie Law Firm, LLP                                        Bryan Cave, LLP
1607 Harden Street                                                    1200 Main Street, Suite 3500
Columbia, SC 29204                                                 Kansas City, MO 64105-2100
Tel: (803) 256-3462                                                   Tel.: (816) 374-3338
                                                                                    ATTORNEYS FOR DEFENDANT

Gregory R. Nevins, Esquire
Lambda Legal Defense and
 Education Fund, Inc.
1447 Peachtree Street, NE, Ste. 1004
Atlanta, GA 30309-3027
Tel.: (404) 897-1880

ATTORNEYS FOR PLAINTIFF

1475480v1